# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **HEARING MINUTES**  Sealed: No |
| Plaintiff, | Case No.: 19-CR-5 |
| vs. | Presiding Judge: C.J. Williams |
| | Deputy Clerk: Jackson O'Brien |
| TROY FRENCH, | Official Court Record: Patrice Murray  Contract? No |
| Defendant. | Contact Information: patrice_murray@iand.uscourts.gov |

| Date: | 2/4/2020 | Start: | 12:58 PM | Adjourn: | 3:17 PM | Courtroom: | 1 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | --- | | | Time in Chambers: | | --- | Telephonic? No |

| Appearances: | Plaintiff: | AUSA Mark Tremmel |
|---|---|---|
| | Defendant: | John Bishop (defendant appears personally) |
| | U.S. Probation: | Pat Korth (via phone from Sioux City, Iowa) |
| | Interpreter: | --- | Language: --- | Certified: --- | Phone: --- |

| **TYPE OF PROCEEDING:** | **SENTENCING** | Contested? Yes | Continued from a previous date? No | |
|---|---|---|---|---|

| Objections to PSIR: | 82, 87 by Defendant | Ruling: | Sustained (82) Overruled (87) |
|---|---|---|---|
| Motions to vary/depart: | Motion for Downward Variance by Defendant | Ruling: | Granted |
| Count(s) dismissed: | Counts 1, 2, 4, and 5 dismissed on the government's motion | | |
| Sentence (See J & C): | 24 months imprisonment | | |

| | Fine: | --- | Special assessment: | $100 |
|---|---|---|---|---|
| | Supervised Release: | 10 years | | |
| Court's recommendations (if any): | | It is recommended that you be designated to a BOP facility in close proximity to your family consistent with your security and custody classification needs. It is recommended that you participate in the Bureau of Prisons' Sex Offender Management Program. | | |

| Defendant is | X | Detained | | Released | and shall report | |
|---|---|---|---|---|---|---|

| **Witness/Exhibit List is** | Defense Exhibits A through K admitted without objection. (Doc. 52, 53, 62). Government Exhibits 1 through 4, 6, 7, and 8 admitted without objection under seal. (Doc. 55, 68). Defense calls Randy Cole to testify, who was subject to cross-examination and questioning by the Court. (1:18 PM – 2:40 PM). |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09, ¶7.

| **Miscellaneous:** | Defendant objected to the $5,000 special assessment imposed at PSR Paragraph 82. The government agreed that defendant is indigent. The Court waived this additional special assessment. The Court granted the government's motion to reduce defendant's offense level due to timely acceptance of responsibility. The advisory guideline range for sentencing is 97 to 121 months. The Court ordered defendant to pay restitution of $3,000, with $1,000 and $2,000 going to the two victims respectively. No restitution was awarded to a third victim. Interest is waived. The government did not resist a downward variance of some extent. Defendant offered a statement during allocution and was advised of his limited rights to appeal. |
|---|---|